THOMAS D. MATTHEWS and SNEAD MATTHEWS, his wife, v. ED
H. STANLEY and J. HARRY SCHAD, as guardian ad litem for ED
H. STANLEY, an insane person.

25 So. (2nd) 565                                          January Term, 1946
March 29, 1946                                                   Division B

*J. C. Adkins* and *J. C. Adkins, Jr.,* for petitioners.

*H. O. Brown* and *J. Harry Schad,* for respondents.

PER CURIAM:

This cause is before the Court on Petition for Rehearing,
and after a careful consideration of each ground thereof, the
Court is of the view that the Petition should be denied upon
authority of Hollywood, Inc. v. Clark, 153 Fla. 501, 15 So.
(2nd) 175.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING,
JJ., concur.